**Alfred Swanson, appellee, v. Bohumil Kleker, appellant. Gen. No. 26,502.**
Action for personal injuries received when plaintiff was struck by a motor truck operated by defendant. Verdict and judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.
Charles F. Vogel, for appellant. Daniel L. Madden and Roy C. Merrick, for appellee.
Mr. Justice Morrill delivered the opinion of the court.

---

**Ransom E. Walker, administrator of the estate of Richard J. Ahrendt, deceased, appellee, v. Sanitary District of Chicago et al., on appeal of Sanitary District of Chicago, appellant. Gen. No. 25,696.**
Action for damages for the death of plaintiff's intestate caused by his being run over by a truck while endeavoring to prevent it from running away in the street after it was struck by a truck belonging to appellant. Verdict and judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 5, 1921. *Certiorari* denied by Supreme Court (making opinion final).
Zimmerman & Garrett and C. Arch Williams, for appellant. Finn & Miller, for appellee; William M. Johnson, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Donald Wong by Wong Sam, appellee, v. Atlas Taxicab Company, appellant. Gen. No. 25,851.'**
Action by next friend for damages for personal injuries to a minor who was struck by defendant's taxicab. Verdict for plaintiff and judgment thereon after remittitur. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed with finding of fact. Opinion filed October 5, 1921.
Winston, Strawn & Shaw, for appellant; Harold Beacom and Rodney C. Glover, of counsel. Herman Maling, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Walter B. Creighton, appellee, v. Dorothy N. Creighton, appellant. Gen. No. 25,896.**
'Suit for divorce on the ground of extreme and repeated cruelty. Decree in favor of complainant. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded with directions. Opinion filed October 5, 1921.
Sonnenschein, Berkson, Lautmann & Levinson and Berkman & Reagh, for appellant. No appearance for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court,